No. 58180.—National Brush Company et al. v. United States, protests 202250–K/4139, etc. (Chicago).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of istle or Tampico fiber the same in all material respects as that the subject of *F. Burkart Manufacturing Company* v. *United States* (31 Cust. Ct. 7, C. D. 1537), the claim of the plaintiffs was sustained.